## STATE OF CONNECTICUT *v.* DANIEL W. HAMLETT, SR.

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 862 (AC 27601), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided April 30, 2008